IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 20-299-1 |
| | : | |
| WILLIAM MACK | : | |

## ORDER

**AND NOW**, this 2nd day of February, 2023, upon consideration of Defendant William Mack's Motion for an Extension of the Deadline for Filing a § 2255 Motion (Doc. No. 107), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Court's December 19, 2022 Order granting Mack's request for a copy of his sentencing transcript at no cost (Doc. No. 104) is **VACATED.**

2. Defendant's Motion for an Extension of the Deadline for Filing a § 2255 Motion (Doc. No. 107) is **DENIED**.

3. The Clerk of Court shall mail to Defendant, who is now proceeding *pro se*:

    a. This Order and the accompanying Memorandum,

    b. The Court's form packet for habeas cases,

    c. The Court's form for proceeding in forma pauperis, and

    d. Instructions on how to order a copy of his sentencing transcript.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**